**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 19-1405**

─────────────

ADRIA CRUMP,

Plaintiff - Appellant,

v.

VINIFERA DISTRIBUTING,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:19-cv-00787-RDB)

─────────────

Submitted:  May 23, 2019                              Decided:  May 29, 2019

─────────────

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Adria Crump, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adria Crump appeals the district court's order denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Crump v. Vinifera Distrib.*, No. 1:19-cv-00787-RDB (D. Md. Apr. 9, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
